AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 19, 2022**

SEAN F. McAVOY, CLERK

RICHARD C. WHITAKER, a.k.a. ROUNTREE,

*Plaintiff*

v.

DEVORE, THIRD SHIFT RETIRED UNKNOWN CORRECTIONAL OFFICER, and BOTS,

*Defendant*

Civil Action No.  4:21-cv-05106-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion to Voluntarily Dismiss Complaint, ECF No. 11, is GRANTED. All claims are DISMISSED WITHOUT PREJUDICE. Plaintiff is still obligated to pay the full filing fee for this action pursuant to 28 U.S.C. § 1915 (b).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  SALVADOR MENDOZA, JR.

Date: 1/19/2022

*CLERK OF COURT*

SEAN F. McAVOY

s/ Courtney Piazza
*(By) Deputy Clerk*

Courtney Piazza